JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: July 19, 2010

Check No. 2009285

Check Amount: $2,237.50

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-40480-R | 00000 | DAVID GLENN & CARA GAYLE RUPE | | XXXXX5852 | 673.50 | 0.00 | 673.50 |
| | | | | XXXXX9977 | | | |
| | | Original check written to: <br> DAVID GLENN RUPE <br> 5307 QUEEN COURT <br> LAKE DALLAS, TX 75065 | | | | | |
| 05-42336-R | 00000 | RONALD R. & SHERRY R. JUNGE | 0 | XXXXX5561 | 2.00 | 0.00 | 2.00 |
| | | | | XXXXX4615 | | | |
| | | Original check written to: <br> RONALD R. JUNGE <br> 1400 VALLEY RIDGE BOULEVARD #1104 <br> LEWISVILLE, TX 75077-3742 | | | | | |
| 05-50467-R | 00000 | WILLIAM L. & VICKI L. COX | | XXXXX4196 | 448.00 | 0.00 | 448.00 |
| | | | | XXXXX6488 | | | |
| | | Original check written to: <br> WILLIAM L. COX <br> P. O. BOX 7781 <br> TEXARKANA, TX 75505-7781 | | | | | |
| 09-43604-R | 00000 | TIM ODA MCCOIG | | XXXXX2407 | 200.00 | 0.00 | 200.00 |
| | | Original check written to: <br> TIM ODA MCCOIG <br> P.O. BOX 3000 <br> #191 <br> GEORGETOWN, TX 78627 | | | | | |
| 10-40062-R | 00000 | THOMAS WAYNE & YUKI RAY LOOMIS | 0 | XXXXX1133 | 914.00 | 0.00 | 914.00 |
| | | | | XXXXX6033 | | | |
| | | Original check written to: <br> THOMAS WAYNE LOOMIS <br> 2116 WISTERIA WAY <br> MCKINNEY, TX 75071 | | | | | |
| | | | **TOTALS** | | **$2,237.50** | **$0.00** | **$2,237.50** |